IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**MARZELL TRAVIS,**

**Defendant.**                                                              No. 10-30016-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Travis, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Travis' consent (Doc. 27). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on March 16, 2010 (Doc. 28). During the change of plea, Defendant Travis pleaded guilty to Count 1 of the Indictment, possession with the intent to distribute cocaine base within 1000 feet of a housing facility owned by a public housing authority and to Count 2 of the Indictment, possession of a stolen motor vehicle, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Travis' plea of guilty (Doc. 31).

In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an

objection.  Therefore, the Court **ADOPTS** the Report in its entirety.  Thus, it is the finding of the Court in the case of *United States v. Marzell Travis*, that Defendant Travis was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses.  Accordingly, the Court **ACCEPTS** Defendant Travis' guilty plea and **ADJUDGES** him **GUILTY** on Counts 1 and 2 of the Indictment.  The Court **REMINDS** the parties that this matter for sentencing on July 9, 2010 at 9:00 a.m.

    **IT IS SO ORDERED.**

    Signed this 6th day of April, 2010.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**