IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARZELL TRAVIS,

Defendant.                                           No. 10-30016-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a motion to withdraw as counsel and appoint counsel for Travis filed by attorney John Stobbs (Docs. 56). The Court **GRANTS** the motion and **APPOINTS** attorney Neal Connors, 422 South High Street, Belleville, IL 62220, to represent Travis for any and all future proffers.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2010.

David R. Herndon
2010.11.16
11:23:31 -06'00'

**Chief Judge**
**United States District Court**